1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
5  jared.l.grimmer@usdoj.gov

6  *Attorneys for Plaintiff*
   *The United States of America*

7

8                  **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,              Case No. 2:21-mj-00129-DJA

10              Plaintiff,                 **Stipulation for an Order**
                                           **Directing Probation to Prepare**
11         v.                              **a Criminal History Report**

12 ELIAS CORDERO-PEREZ,
        aka "Elias Perez Cordero,"
13      aka "Elias Perez Perez,"
        aka "Stanly Kenji Perez,"
14
                Defendant.
15

16

17        IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

18 Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States

19 Attorney, counsel for the United States of America, and Wendi L. Overmyer, Assistant

20 Federal Public Defender, counsel for Defendant ELIAS CORDERO-PEREZ, that the

21 Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal

22 history.

23        This stipulation is entered into for the following reasons:

24

1.      The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3.      The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4.      Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 9th day of February, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Wendi L. Overmyer*
WENDI L. OVERMYER
Assistant Federal Public Defender
Counsel for Defendant ELIAS
CORDERO-PEREZ

*/s/ Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ELIAS CORDERO-PEREZ,<br>   aka "Elias Perez Cordero,"<br>   aka "Elias Perez Perez,"<br>   aka "Stanly Kenji Perez,"<br><br>        Defendant. | Case No. 2:21-mj-00129-DJA<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 11th day of February, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE